TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00633-CR







Chance Michael Granum, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. 0943512, HONORABLE MIKE LYNCH, JUDGE PRESIDING







PER CURIAM


 This is an appeal from a judgment of conviction for theft. Counsel for appellant
has filed a motion to permanently abate this appeal because of the death of appellant. Tex. R.
App. P. 9(b). The motion is granted. The appeal is permanently abated.


Before Justices Powers, Kidd and B. A. Smith

Appeal Permanently Abated

Filed: February 22, 1995

Do Not Publish